1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division                    *E-FILED - 2/25/14*

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney

5

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113

7      Telephone: (408) 535-5084
       Fax: (408) 535-5066
       E-Mail: John.Glang@usdoj.gov

8
   Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 13-00076-RMW
                                        )
14        Plaintiff,                    )
                                        )   NOTICE OF DISMISSAL
15  v.                                  )   AND ORDER
                                        )
16  TAM THANH NGUYEN,                   )
                                        )
17        Defendant.                    )
                                        )
18  _____ )

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above indictment

21  without prejudice as to defendant Tam Thanh Nguyen only. A photocopy of the defendant's

22  Certificate of Death occurring on April 22, 2013 is attached hereto as Exhibit A.

23

24  DATED:  12/4/2013                    Respectfully submitted,

25                                       MELINDA HAAG,
                                         United States Attorney

26

27                                             /s/
                                         JEFFREY D. NEDROW

28                                       Chief, San Jose Branch


NOTICE OF DISMISSAL - CR 13-00076-RMW

1

ORDER

2        Leave of Court is granted to the government to dismiss that indictment without prejudice as

3    to defendant Tam Thanh Nguyen only.

4

5    Date:   2/25/14                    _Ronald M. Whyte_

6                                            RONALD M. WHYTE
                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL - CR 13-00076-RMW

# EXHIBIT A

## CERTIFICATION OF VITAL RECORD

# COUNTY of SANTA CLARA

## PUBLIC HEALTH DEPARTMENT
### VITAL RECORDS AND REGISTRATION

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO WHITEOUTS OR ALTERATIONS
VS-11 (REV. 3/08)

3201343003479

STATE FILE NUMBER — LOCAL REGISTRATION NUMBER

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT– FIRST (Given) | TAM |
| 2. MIDDLE | THANH |
| 3. LAST (Family) | NGUYEN |
| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | |
| 4. DATE OF BIRTH mm/dd/ccyy | 05/15/1970 |
| 5. AGE Yrs. | 42 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | VIETNAM |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS/SRDP (at Time of Death) | NEVER MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 04/22/2013 |
| 8. HOUR (24 Hours) | 1255 FND |
| 13. EDUCATION – Highest Level/Degree | HS GRADUATE |
| 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH? | NO |
| 16. DECEDENT'S RACE | VIETNAMESE |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | MACHINIST |
| 18. KIND OF BUSINESS OR INDUSTRY | MACHINE SHOP |
| 19. YEARS IN OCCUPATION | 4 |
| 20. DECEDENT'S RESIDENCE (Street and number, or location) | 212 TRUCKEE LN. |
| 21. CITY | SAN JOSE |
| 22. COUNTY/PROVINCE | SANTA CLARA |
| 23. ZIP CODE | 95136 |
| 24. YEARS IN COUNTY | 30 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, Relationship | CHI DINH, SISTER-IN-LAW |
| 27. INFORMANT'S MAILING ADDRESS | 3152 KIMBER CT. #61, SAN JOSE, CA 95124 |
| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | |
| 29. MIDDLE | |
| 30. LAST (BIRTH NAME) | |
| 31. NAME OF FATHER/PARENT–FIRST | NHON |
| 32. MIDDLE | THANH |
| 33. LAST | NGUYEN |
| 34. BIRTH STATE | VIETNAM |
| 35. NAME OF MOTHER/PARENT–FIRST | DAT |
| 36. MIDDLE | THI |
| 37. LAST (BIRTH NAME) | VO |
| 38. BIRTH STATE | VIETNAM |
| 39. DISPOSITION DATE mm/dd/ccyy | 04/28/2013 |
| 40. PLACE OF FINAL DISPOSITION | REL-BAO PHUOC |
| | 270 SENTER RD., SAN JOSE, CA 95111 |
| 41. TYPE OF DISPOSITION(S) | CR/REL |
| 42. SIGNATURE OF EMBALMER | RYAN ECKSTROM-BROWNE |
| 43. LICENSE NUMBER | EMB9251 |
| 44. NAME OF FUNERAL ESTABLISHMENT | CHAPEL OF FLOWERS |
| 45. LICENSE NUMBER | FD189 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MARTIN D. FENSTERSHEIB, MD |
| 47. DATE mm/dd/ccyy | 04/25/2013 |
| 101. PLACE OF DEATH | OWN RESIDENCE |
| 102. IF HOSPITAL, SPECIFY ONE | |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | Decedent's Home |
| 104. COUNTY | SANTA CLARA |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 212 TRUCKEE WAY |
| 106. CITY | SAN JOSE |

**107. CAUSE OF DEATH**

| | | Time Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | STAB WOUND OF THE CHEST WITH PENETRATION OF THE HEART | MINS |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (B) | | |
| (disease or injury that initiated the events resulting in death) LAST (C) | | |
| | (D) | |

| 108A. DEATH REPORTED TO CORONER? | X YES / NO |
| 108B. CORONER'S NUMBER | 13-01627 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | X YES |
| 111. USED IN DETERMINING CAUSE? | X YES |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | NONE |
|---|---|
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | NO |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR? | |

**PHYSICIAN'S CERTIFICATION**
114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSE STATED.
Decedent Attended Since / Decedent Last Seen Alive
115. SIGNATURE AND TITLE OF CERTIFIER
116. LICENSE NUMBER
117. DATE mm/dd/ccyy
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

**CORONER'S USE ONLY**
119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: Natural / Accident / Homicide / **X Suicide** / Pending Investigation / Could not be determined

| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE mm/dd/ccyy | 04/22/2013 |
| 122. HOUR (24 Hours) | 1245 |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | OWN RESIDENCE |
|---|---|
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | STABBED SELF IN CHEST (HEART) WITH A KITCHEN KNIFE |
| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) | 212 TRUCKEE WAY, SAN JOSE, CA 95136 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | JOSEPH PATRICK O'HARA |
| 127. DATE mm/dd/ccyy | 04/25/2013 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | JOSEPH PATRICK O'HARA, MD |

**STATE REGISTRAR**
A B C D E F

"010001002340113"

FAX AUTH.# — CENSUS TRACT

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF SANTA CLARA } SS

DATE ISSUED
By **MAY 2 1 2013**



*H2866332*

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, DEPARTMENT OF PUBLIC HEALTH.



*Martin D. Fenstersheib MD*
MARTIN D. FENSTERSHEIB
HEALTH OFFICER AND LOCAL REGISTRAR
OF BIRTHS AND DEATHS

**This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.**

PRINCO (Rev) 06/11

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE